Mei Tsang (California State Bar No. 237959)
mtsang@fishiplaw.com
Ryan Dean (California State Bar No. 259320)
rdean@fishiplaw.com
Fish & Tsang, LLP
2603 Main Street,. Suite 1000
Irvine, California 92614-4271
Telephone:  949-943-8300
Facsimile:   949-943-8358

*Pro Hac Vice Forthcoming:*
Kevin J. McDewitt, Esq.
Lisa A. Iverson, Esq.
Neal & McDevitt, LLC
1776 Ash Street
Northfield, IL  60093
Telephone:  847-441-9100
Facsimile:   847-441-0911

Attorneys for Plaintiff
New Horizons Education Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW HORIZONS EDUCATION CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STORMWIND EPIC LIVE, a Delaware Corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Civil Action No.<br><br>**COMPLAINT FOR UNFAIR COMPETITION AND FALSE ADVERTISING UNDER THE LANHAM ACT, 15 U.S.C. 1051,** *et. seq.* **AND CALIFORNIA BUSINESS AND PROFESSIONS CODE §§ 17200 and 17500**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, NEW HORIZONS EDUCATION CORPORATION (hereinafter referred to as "NEW HORIZONS" and/or "Plaintiff"), for their complaint against STORMWIND EPIC LIVE (hereinafter "Defendant"), state as follows:

/ / /

## NATURE OF THE ACTION

1. In this action, Plaintiff seeks injunctive and monetary relief for acts of unfair competition and false advertising. This action arises under the Lanham Act, Title 15, United States Code §1051 *et seq.* and the laws of the State of California.

## PARTIES

2. NEW HORIZONS is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Anaheim, California.

3. Upon information and belief, Defendant is a Delaware corporation with its principal place of business in Scottsdale, Arizona. Defendant is doing business within the State of California and within this district.

## JURISDICTION AND VENUE

4. This is a civil action arising under the Lanham Act of the United States, 15 U.S.C. § 1051 *et seq.*, subject matter jurisdiction being conferred on this Court under 15 U.S.C. § 1121, 28 U.S.C. § 1331 and 28 U.S.C. § 1338(b).

5. This court has personal jurisdiction over Defendant.

6. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c).

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

7. NEW HORIZONS, through its franchisees and licensees, is a leader in and offers a variety of instructor-led training programs via classroom and online instruction. The NEW HORIZONS system includes more than 300 locations in 45 states and in 70 countries.

8. For thirty years, NEW HORIZONS has offered these instructor-led classroom training programs and has offered online instructions since 2001.

9. NEW HORIZONS is the world's largest independent (hereinafter "IT") training company.

///

10. For thirty years, NEW HORIZONS has provided more than 30 million students with industry-leading technical training that delivers the most relevant and intuitive computer courses and certifications.

**DEFENDANT'S WEBSITE COMPARISON**

11. Upon information and belief, Defendant operates an interactive web training program.

12. Defendant has, and continues to cause, the dissemination, in interstate commerce, of a comparison between its classes and those of Plaintiff via Defendant's website located at http://stormwind.com/compare. A copy of the webpage is attached hereto as Exhibit A.

13. This comparison contains false and misleading information. The comparison contains the following statements: Plaintiff's classes are "2 times the price of StormWind class"; "(j)ust a video camera in the classroom"; "(s)tudents report it's hard to stay focused for 6-8 hours"; "(m)ost classes run all day for 5 days – hard to work & train; and "(o)lder online technology making it hard to hear and see". See Exhibit A.

14. On February 7, 2014, Plaintiff sent a cease and desist letter to Defendant requesting that they stop disseminating this false and misleading information. A copy of the cease and desist letter is attached as Exhibit B.

15. To this day, the Defendant continues to disseminate this false and misleading information.

**DEFENDANT'S INFRINGING ACTS**

16. Upon information and belief, in the Website Comparison, Defendant knowingly and intentionally misleads consumers by falsely claiming or implying that Plaintiff's classes are "2 times the price of StormWind class". See Exhibit A.

17. In the Website Comparison, Defendant knowingly and intentionally misleads consumers by falsely claiming or implying that Plaintiff's classes are "(j)ust a video camera in the classroom". See Exhibit A.

18. On information and belief, in the Website Comparison, Defendant knowingly and intentionally misleads consumers by falsely claiming or implying that the classes/materials are "(s)tudents report it's hard to stay focused for 6-8 hours". See Exhibit A.

19. In the Website Comparison, Defendant knowingly and intentionally misleads consumers by falsely claiming or implying Plaintiff's classes are "(m)ost classes run all day for 5 days – hard to work & train". See Exhibit A.

20. On information and belief, in the Website Comparison, Defendant knowingly and intentionally misleads consumers by falsely claiming or implying Plaintiff's classes are "(o)lder online technology making it hard to hear and see". See Exhibit A.

21. Defendant's knowing and intentional acts of unfair competition and false advertising have actually deceived and/or have a tendency to deceive a substantial segment of the relevant consumers.

22. Defendant's knowing and intentional acts of unfair competition and false advertising materially affect the relevant consumers' purchasing decisions.

## FIRST CAUSE OF ACTION

### Federal Unfair Competition

23. Plaintiff repeats and realleges the allegations of paragraphs 1-21 of the Complaint as though fully set forth herein.

24. Defendant's acts, as complained of herein, constitute a false designation of origin, a false or misleading description of fact or a false or misleading representation of fact which is likely to cause confusion, mistake or deception in violation of the Lanham Act, Section 43(a), 15 U.S.C. § 1125(a).

25. Defendant's acts, as complained of herein, have caused irreparable injury and damage to Plaintiffs and, unless restrained, will continue to do so. Plaintiffs have no adequate remedy at law.

///

## SECOND CAUSE OF ACTION

### Unfair Competition Under California Law

26. Plaintiffs repeat and reallege the allegations of paragraphs 1-24 of the Complaint as though fully set forth herein.

27. Defendant has committed acts of unfair competition and false advertising, as defined by Business and Professions Code §§ 17200 and 17500, by its dissemination of false and misleading advertising claims.

28. The acts described above were and are likely to deceive and/or mislead the general public and are unfair, fraudulent and/or misleading within the meaning of Business and Professions Code §§ 17200 and 17500.

29. Defendant's conduct, as alleged above, was deliberate, willful, or intentional.

30. Defendant's acts, as complained of herein, have caused irreparable injury and damage to Plaintiffs and, unless restrained, will continue to do so. Plaintiffs have no adequate remedy at law.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand that this Court enter judgment against Defendant as follows:

A. An Order preliminarily and permanently enjoining Defendant, and its officers, agents, servants, employees, attorneys and those persons, firms or corporations acting in concert and participation with it who receive actual notice of this order by personal service or otherwise, from further dissemination and display of the Website Comparison that states that Plaintiff's classes are "2 times the price of StormWind class"; "(j)ust a video camera in the classroom"; "(s)tudents report it's hard to stay focused for 6-8 hours"; "(m)ost classes run all day for 5 days – hard to work & train; and "(o)lder online technology making it hard to hear and see", and/or any other false or misleading statements or advertising regarding Plaintiff's business;

B.    An Order finding Defendant liable for acts of unfair competition;

C.    An Order ordering an accounting by Defendant to Plaintiffs of Defendant's profits resulting from the dissemination and display of the Website Comparison;

D.    An Order awarding damages to Plaintiff in an amount yet to be determined, including damages for injury to Plaintiff's' business reputation and goodwill and all other damages arising from the acts of Defendant complained of herein;

E.    An Order directing that Defendant deliver up for destruction all advertisements and any other materials of any kind in its possession or custody or under its control that contain false advertising claims and/or constitute unfair competition;

F.    An Order directing that Defendant file with the Court and serve upon counsel for Plaintiffs within thirty (30) days after the entry of such Order or Judgment, a report in writing and under oath setting forth in detail the manner and form in which it has complied with the injunction;

G.    An Order awarding to Plaintiffs prejudgment and post judgment interest;

H.    An Order awarding three times the amount of Plaintiff's damages or Defendant's profits, whichever is greater;

I.    An Order awarding Plaintiff all of their costs, disbursements and reasonable attorneys' fees due to the exceptional nature of this case, pursuant to 15 U.S.C. § 1117 and under the laws of California;

J.    An Order for corrective advertising in a form, manner and frequency that is reasonably acceptable to Plaintiff; and

///
///
///

1     L.    An Order awarding Plaintiff other such relief, in law or in equity, as this Court deems just and appropriate.

Respectfully submitted,

FISH & TSANG, LLP

Dated: July 22, 2014        By: _____

Ryan Dean, Esq.
Attorneys for Plaintiff
NEW HORIZONS EDUCATION CORPORATION
Local Counsel

and

Kevin J. McDevitt, Esq.
Lisa A. Iverson, Esq.
NEAL & MCDEVITT, LLC
1776 Ash Street
Northfield, Illinois 60093
Telephone: (847) 441-9100
Facsimile: (847) 441-0911
(*Pro Hac Vice* forthcoming)

COMPLAINT FOR UNFAIR COMPETITION AND FALSE ADVERTISING

## DEMAND FOR JURY TRIAL

Pursuant to Local Rule 38-1 of the Local Rules of the United States District Court for the Central District of California, Plaintiff hereby demands a jury trial in this action.

Respectfully submitted,

FISH & TSANG, LLP

Dated: July 22, 2014            By: _____

Ryan Dean, Esq.
Attorneys for Plaintiff
NEW HORIZONS EDUCATION CORPORATION
Local Counsel

and

Kevin J. McDevitt, Esq.
Lisa A. Iverson, Esq.
NEAL & MCDEVITT, LLC
1776 Ash Street
Northfield, Illinois 60093
Telephone: (847) 441-9100
Facsimile: (847) 441-0911
(*Pro Hac Vice* forthcoming)

# EXHIBIT B



NEAL & McDEVITT®
Intellectual Property &
Marketing Attorneys

Lisa A. Iverson, Esq.
Direct Dial: 847.881.2453
lisa.iverson@nealmcdevitt.com

February 7, 2014

**VIA FEDERAL EXPRESS**

Mr. Tom Graunke
CEO
Stormwind Epic Live
14646 N. Kierland Blvd.
Suite 120
Scottsdale, Arizona 85254

RE: New Horizons
Our File No.: 60355.00560

Dear Mr. Graunke:

We are Intellectual Property and Litigation counsel for New Horizons Education Corporation (hereinafter "New Horizons" or "Our Client"). As you know, New Horizons offers a variety of instructor-led training programs via classroom instruction and online instruction.

Not only does New Horizons offer online instruction, and as you are well aware, New Horizons is also the owner of numerous trademarks and federal registrations in the United States and worldwide for the mark NEW HORIZONS® and various formatives thereof ("NEW HORIZONS® Marks"). Moreover, Our Client is the owner of various videos, which are subject to copyright protection.

It has recently come to Our Client's attention that there is trademark and copyright infringement, as well as potentially false and/or misleading information, contained in the content of the website located at *www.stormwind.com* (the "Website"). Specifically, the content at the page when a consumer clicks on "NEW HORIZONS".

Some of that potentially misleading and false information contained on the Website includes, but is not limited to, the following:

**-2x the price of a StormWind class** – this is a potentially inaccurate and misleading statement. Please provide information that substantiates this statement.

**-Boring and hard to focus online** – please provide a declaration that such a statement was written by a user and/or student of New Horizons

President
February 7, 2014
Page 2

**-Classes run all day over 5 days so you can't get work done** - this is a misleading and inaccurate statement. New Horizons classes do not all "run all day over 5 days". In fact, New Horizons offers classes which range from 1-5 days as well as classes which provide the student the ability to take them in small increments at their own pace.

**-Old online technology making it hard to hear and see** - please provide a declaration that such a statement was written by a user and/or student of New Horizons

A copy of a sample page from the Website page is attached as Exhibit A. These representations on the Website are potentially false and/or misleading. Such activity constitutes unfair competition, false advertising and misrepresentation, and tortious interference, all in violation of United States federal and state laws.

Our Client's services and/or products are some of their most valuable assets. As such, Our Client must protect its assets and take all reasonable steps to prevent the dissemination of any false and/or misleading information about its services and/or products. Accordingly, we insist that your company immediately remove the references containing such false and misleading information from the Website and elsewhere, and cease use and dissemination of any other materials that contain the false and/or misleading information. We also insist that your company refrain from such false advertising conduct in the future.

Moreover, your company lists the NEW HORIZONS® Mark in an unauthorized manner. The NEW HORIZONS® Marks are also some of Our Client's most valuable assets. As such, New Horizons must, of course, protect its valuable intellectual property as well and take all reasonable steps to prevent any public confusion that may result from the use of the same or similar marks.

We also understand that your company has slavishly copied and is displaying (via a link on the Website) Our Client's video, and that your company has posted this video on the Website without Our Client's permission.

NEW HORIZONS has not provided any express or implied authorization to you to use any of its trademarks or its copyrighted materials. Accordingly, your company's unauthorized use of the NEW HORIZONS® Marks and copyrighted material infringes Our Client's exclusive intellectual property rights and constitutes trademark infringement, trademark dilution, and copyright infringement. Moreover, the potentially misleading and inaccurate information posted on the Website constitutes trading off of New Horizons' advertising concepts, false advertising and unfair competition. All of this activity is in violation of federal and state laws and may constitute willful infringement.

Accordingly, we demand that your company cease and desist from any and all unauthorized use of the NEW HORIZONS® Marks on the Website, and in all other mediums. We also demand that your company cease any and all further use, reproduction, and/or display of Our Client's copyrighted materials, and that your company remove any and all links to Our Client's copyrighted materials.

EXHIBIT B
PAGE 13

President
February 7, 2014
Page 3

Your immediate attention to this matter is requested. As should be apparent from this letter, Our Client is dedicated to zealously protecting its valuable products and services, as well as its intellectual property rights.

Accordingly, if we have not received a favorable response by **February 21, 2014** from you that your company will: 1) cease any and all use of the NEW HORIZONS® Marks; 2) cease any and all further use, reproduction, and/or display of Our Client's copyrighted materials; 3) remove any and all links to Our Client's copyrighted materials; and 4) remove the false and misleading information, then Our Client reserves the right to take action to protect their products and services, as well as their valuable intellectual property, including but not limited to injunctive relief, damages, and an award of attorneys' fees.

We look forward to your swift cooperation to avoid escalation of this matter.

Sincerely,

Lisa A. Iverson, Esq.

Enclosure
cc:     Client

4826-5523-4584, v. 1

**EXHIBIT A**



CALL US TODAY 1.800.850.9932 · CAMPUS LOGIN

COURSES · WHY STORMWIND · DEMOS · COMPARE · BLOG · ABOUT US

I AM LOOKING FOR · # of Students 1 · Email · Phone · Comments · GET A QUOTE

HOME / COMPARE US TO OUR COMPETITORS

## COMPARE US TO OUR COMPETITORS

Don't take our word for it. See for yourself why StormWind is completely revolutionizing online learning with *Epic LIVE*. These are actual classes from our competitors from their website and marketing materials. So you know this is their best of the best. **Which would you rather learn from?**

Select a Training Provider to Compare

○ EPIC LIVE  ○ CBT NUGGETS  ○ GLOBAL KNOWLEDGE  ● NEW HORIZONS  ○ SKILLSOFT (KNOWLEDGENET / TTC)

### StormWind



*"Finally! Live online classes that are better than traditional classroom training"*
- Tom W - Cisco and Mike Y - VMware

### New Horizons



compare

*"Class was disappointing online - my team didn't find it was effective"*
- Todd G - MRI

| StormWind | New Horizons |
|---|---|
| Half the cost of classroom training | 2x the price of a StormWind class |
| Massively engaging HD interactive live classes | Just a video camera in a classroom limiting interactivity |
| Certification training in 1/2 the time | Boring and hard to focus online |
| Hands-on with labs in real scenarios | Classes run all day over 5 days so you can't get work done |
| 2 hr class sessions allow you to work & train | |
| Replay recording of every class for easy review 24x7 | Old online technology making it hard to hear and see |
| 1 year, unlimited access to all your classes, labs, recordings & mentoring | |

**LEARN MORE »**

# EXHIBIT A

# STORMWIND

COURSES › WHY STORMWIND   DEMOS   COMPARE   BLOG   ABOUT US ›

| INTERESTED IN | INTEREST LEVEL | Email | Phone | Comments | GET A QUOTE » |

HOME / COMPARE US TO OUR COMPETITORS

## COMPARE US TO OUR COMPETITORS

Don't take our word for it. See for yourself why StormWind is completely revolutionizing online learning with *Epic LIVE*. These are actual classes from our competitors from their website and marketing materials. So you know this is their best of the best. **Which would you rather learn from?**

Select a Training Provider to Compare

○ EPIC LIVE   ○ CBT NUGGETS®   ○ GLOBAL KNOWLEDGE®   ● NEW HORIZONS®   ○ SKILLSOFT® (KNOWLEDGENET / TTC®)

### StormWind



compare

### New Horizons®

"Finally! Live online classes that are better than traditional classroom training"
- Tom W - Cisco and Mike McAllware

- Half the cost of classroom training
- Massively engaging HD interactive live classes
- Certification training in 1/2 the time
- Hands-on with labs in real scenarios
- 2 hr class sessions allow you to work & train
- Replay recording of every class for easy review 24x7
- 1 year, unlimited access to all your classes, labs, recordings & mentoring

LEARN MORE »

"Class was disappointing online - my team didn't find it was effective"
- Todd G - MR

- 2x the price of a StormWind class
- Just a video camera in the classroom
- Students report it's hard to stay focused for 6-8 hours
- Most classes run all day for 5 days - hard to work & train
- Older online technology makes it hard to hear and see